# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: 1/21/2021
```

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

            Plaintiff

    -against-

Caswell Senior

            Defendant
-----------------------------------------------------------X

**SCHEDULING ORDER**

7:20-cr-00626-PMH-8

TO ALL PARTIES:

The Court has scheduled a Bail Hearing for 1/28/2021 at 9:00 am before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:  January 21, 2021
         White Plains, New York

SO ORDERED:

s/ PED
_____

PAUL E. DAVISON
United States Magistrate Judge