UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Caswell Senior

Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 Cr. 626

Defendant __Caswell Senior_____ hereby voluntarily consents to participate in the following proceeding via __x__ videoconferencing or __x__ teleconferencing:

____ Initial Appearance Before a Judicial Officer

____ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X__ Bail/Detention Hearing

____ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Caswell Senior
Print Defendant's Name

_____
Defendant's Counsel's Signature

James Kousouros
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

1/28/21
Date

_____
U.S. District Judge/U.S. Magistrate Judge