UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Caswell Senior a/k/a Casanova

Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

626
20 -CR-(262) (PMH)

Defendant Caswell Senior hereby voluntarily consents to participate in the following proceeding via X videoconferencing or X teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

X Conference Before a Judicial Officer

/s/ Caswell Senior
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Caswell Senior
_____
Print Defendant's Name

/s/ James Kousouros
_____
Defendant's Counsel's Signature

James Kousouros
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

11/16/21
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge