

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 2, 2022

**BY ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:   *United States v. Dwight Reid,*
                **S6 20 Cr. 626 (PMH)**

Dear Judge Halpern:

      The Government writes with an update in this matter.  *First*, with respect to the Court's May 27 order, the Government takes no position on whether substitute counsel should be appointed for defendant Ahmed Walker.  That said, the Government notes that discovery has long been produced to the Coordinating Discovery Attorney in this matter and the Government continues to ensure that it complies with its Rule 16 obligations.  The Government is also aware that Mr. Walker's current counsel has shared, and discussed, discovery in this matter with his client based on the substantive discussions the Government has had with current counsel.  And, finally, the Government notes that the defendant's request comes after a carefully negotiated and crafted pretrial motion schedule.

      *Second*, the Government writes with respect to the exclusion of time under the Speedy Trial Act.  The Court previously excluded time until June 6, 2022.  *See* Dkt. No. 343.  The Government notes that the Speedy Trial Act provides that time is excluded where the "delay result[s] from any pretrial motion, from the filing of the motion, through the conclusion of the hearing on, or other prompt disposition of, such motion."  18 U.S.C. § 3161(h)(1)(D).  Thus, the time taken to decide the motions after replies are filed on June 6 is excluded from calculation under this provision.

*Lastly,* the Government writes with respect to a potential trial in this matter. The Government presently does not expect Brandon Soto or Robert Woods to go to trial in this matter. The Government has had in-depth discussions about resolutions with those defendants and expects those pre-trial resolutions to be completed. Thus, at this stage, the Government expect that a trial in this case would involve Dwight Reid, Christopher Erskine, Ahmed Walker, and Isaiah Santos. Should the Court wish, the Government would be happy to discuss a potential trial schedule with the Court—and the remaining parties—at a conference.

                         Respectfully submitted,

                         DAMIAN WILLIAMS
                         United States Attorney

         By: _s/_____
             Shiva H. Logarajah
             David R. Felton
             Courtney L. Heavey
             Assistant United States Attorneys
             914-993-1918/1927
             212-637-2299

CC: All Counsel (by ECF)