# JAMES KOUSOUROS
## ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 21
E-mail: James@ko

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

> Application granted.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 448.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         August 3, 2022

BY ECF

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

     Re: *United States v. Caswell Senior*, S6 20 Cr. 626 (PMH)

Dear Judge Halpern:

 We write to respectfully request that the Court extend the deadline by which the Presentence Interview should take place and the corresponding disclosure schedule. Should the Court grant this request, the sentencing date would remain unchanged.

 The interview was initially to be conducted by July 15, 2022, with the first disclosure of the Presentence Report scheduled for August 11, 2022, followed by the second disclosure on September 8, 2022.

 The undersigned tested positive for COVID-19 at the beginning of July and has only recently returned to the office. Thus, the requested extension will permit the undersigned to be present at Mr. Senior's Presentence Interview scheduled for August 11, 2022.

 Thank you for your consideration.

                Respectfully submitted,

                /s/James Kousouros

                James Kousouros, Esq.

c.c.

Sara Willette
United States Probation Officer