UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| - V - : | **Order** |
| : | |
| CASWELL SENIOR, : | 20 Cr. 626 (PMH) |
| : | |
| DEFENDANT. : | |
| : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

     Upon the application of James Kousouros, Esq., counsel for Defendant Caswell Senior, in the above-captioned matter, and upon good cause having been shown that legal visits by mitigation specialist REYNALDO CUSICANQUI and his colleague licensed clinical social worker MANDI BUDAH, are necessary to the effective representation of the Defendant: IT IS HEREBY ORDERED, that Essex County Correctional Facility, permit legal visits between Defendant Caswell Senior, (Booking No. 2022002085 and BOP Reg. #: 20180-509) and REYNALDO CUSICANQUI and MANDI BUDAH for the purpose of preparing a mitigation report. These legal visits are to commence on August 24, 2022, and continue multiple times thereafter, in which they may meet with Mr. Senior without the presence of defense attorney, James Kousouros, Esq.

Dated:     August 18, 2022

           White Plains, New York

_____

THE HONORABLE PHILIP M HALPERN

UNITED STATES DISTRICT JUDGE

SOUTHERN DISTRICT OF NEW YORK