# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

STUART GOLD
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

BY ECF

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> October 6, 2022

Re:  *United States v. Caswell Senior*, S6 20 Cr. 626 (PMH)

Dear Judge Halpern:

    We write to respectfully request that the Court extend the deadline by which to file any objections to the Presentence Report currently due on October 6, 2022, by one week.

    The undersigned attempted to visit Mr. Senior to review the draft Presentence Report with him, however he was unable to do so given a power outage at the facility where Mr. Senior is detained. Thus, the requested adjournment will permit the undersigned to visit Mr. Senior and review the report and prepare any objections on his behalf.

    Probation Officer Sara Willette and counsel for the Government have no objection to this request.

    Thank you for your consideration.

Respectfully submitted,

/s/James Kousouros

James Kousouros, Esq.

c.c.

Sara Willette
United States Probation Officer

David R. Felton
Assistant United States Attorney