# Stephen G. McCarthy, Jr.
Attorney at Law
101 Avenue of the Americas, Suite 942
New York, New York 10013
www.sgmccarthy.com

Admitted to the Bar in
New York, New Jersey
and Florida

(212) 925-5901
Fax (212) 226-5904
sgmccarthy@sligotribeca.com

November 1, 2022

The Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601
By ECF

        Re: United States vs. Naya Austin;
        Case No. 7-20cr625-5(PMH).

Dear Judge Halpern,

    I represent the above captioned individual next scheduled for sentencing before your Honor on November 2, 2022, at 11am.

    I would like to respectfully request that the above captioned matter be adjourned to a later date. The reason for this request is I have not been able to meet with my client, due to the Valhalla Correctional Facility being in lock down, due to covid.

    I had contacted the correctional facility back on Friday, October 28, 2022, and was told there is no visitation allowed due to covid. I went in person to the correctional facility yesterday, October 31, 2022, and was denied entry, due to a covid lockdown, and I went in person to the correctional facility today, and was told Ms. Austin's Block, Block E, is locked down due to covid.

    I would like to respectfully request that the above captioned matter be adjourned to a later date, as I have not been able to meet with client, in preparation for tomorrow's sentencing court appearance.

    Thank you in advance for the court's kind consideration.

                                   Respectfully submitted,

                                   Stephen G. McCarthy, Jr.