# JAMES KOUSOUROS
## ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

STUART GOLD
SENIOR COUNSEL

EMILY COLE
ASSISTANT

BY ECF

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

> Application granted. Sentencing is adjourned to 4/26/2023 at 2:30 p.m. Defendant's submission is due 4/12/2023; Government's submission is due 4/19/2023.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> November 10, 2022

    Re: *United States v. Caswell Senior*, S6 20 Cr. 626 (PMH)

Dear Judge Halpern:

  This letter is respectfully submitted with the consent of the Government to request that the sentencing in reference to the above-captioned matter scheduled for December 6, 2022, be adjourned for 60-days or to a date thereafter convenient for the Court.

  Due to a medical illness over the past month the undersigned has been unable to complete the sentencing memorandum on behalf of Mr. Senior. Thus, the requested adjournment will permit the undersigned to file a comprehensive sentencing memorandum on behalf of Mr. Senior.

  Thank you for your consideration.

                Respectfully submitted,

                /s/James Kousouros

                James Kousouros, Esq.

c.c.

All Counsel (by ECF)

Sara Willette
United States Probation Officer