

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

March 14, 2023

**BY ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Caswell Senior*, S6 20 Cr. 626 (PMH)

Dear Judge Halpern:

    The Government, after conferring with counsel to defendant Caswell Senior who does not object, writes to respectfully request, due to multiple April trials including one conflicting with sentencing, that the Court adjourn defendant's sentencing currently scheduled for April 26, 2023 at 2:30 p.m.  If the Court is amenable to the request, the parties are available for sentencing on May 9, 10, 11, or 12, 2023.  If the Court is unavailable on those dates, the parties are available after Memorial Day.  The parties are grateful for the Court's consideration and for its flexibility.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By:    /s/_____
    Shiva H. Logarajah
    David R. Felton
    Courtney Heavey
    Assistant United States Attorneys
    Tel:  212-637-2272 / -2299 / -2413

cc:    James Kousouros, Esq. (via ECF)