# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

STUART GOLD
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

BY ECF

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

> Application granted. Defendant's submission is due 6/9/2023. The Government's submission is due 6/15/2023.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> May 25, 2023

Re:   *United States v. Caswell Senior*, S6 20 Cr. 626 (PMH)

Dear Judge Halpern:

      This letter is submitted to respectfully request an additional three days to file our sentencing memorandum in the above-captioned matter. I have been on trial for several weeks in two cases in the last three months while also dealing with some medical issues. I have matters in the District of New Hampshire and the Western District of Pennsylvania next week that will occupy significant time for preparation. I am not seeking an adjournment of the sentencing, however, I would greatly appreciate an extra three days to prepare and file our sentencing memorandum. Our submission is due on June 6, 2023. I respectfully seek permission to file our memorandum on June 9, 2023. The Government consents to this request.

      Thank you for your consideration.

Respectfully submitted,

/s/James Kousouros

James Kousouros, Esq.

c.c.

All Counsel (by ECF)