UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
  UNITED STATES OF AMERICA,

v.

  CASWELL SENIOR,

                                 Defendant.
-----------------------------------------------------------X

**ORDER**

20-CR-00626-08 (PMH)

PHILIP M. HALPERN, United States District Judge:

On August 22, 2023, defendant Caswell Senior, proceeding *pro se*, filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (Doc. 698).

The Government's response to Defendant's motion, if any, shall be filed by September 29, 2023. Defendant may thereafter file a reply within thirty days from the date he is served with the Government's response, if any.

The Government is directed to mail a copy of this Order to Defendant and file proof of such service.

**SO ORDERED:**

Dated: White Plains, New York
       September 18, 2023

_____
Philip M. Halpern
United States District Judge