

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

December 4, 2023

**BY ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Caswell Senior, a/k/a "Casanova,"* S6 20 Cr. 626 (PMH)

Dear Judge Halpern:

    In response to the Court's Order dated December 1, 2023 (Dkt. 783) (the "Order"), the Government respectfully submits this letter to confirm proof of service of the Order by U.S. Certified Mail on December 4, 2023.



Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/ David R. Felton
      Shiva H. Logarajah
      David R. Felton
      Kathryn P. Wheelock
      Assistant United States Attorneys
      Tel: 212-637-2272 / -2299 / (914) 993-1966